# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | |
|---|---|---|
| Case No.: | 16-06909-KRM | |
| Case Name: | WALDO, WILLIAM W. | |
| For the Period Ending: | 3/31/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Traci K. Stevenson | |
| Date Filed (f) or Converted (c): | 08/10/2016 (f) | |
| §341(a) Meeting Date: | 09/14/2016 | |
| Claims Bar Date: | 12/19/2016 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  15427 Peter Max Blvd Hudson, FL - 34669-0000 Pasco County | $80,000.00 | $0.00 | | $0.00 | FA |
| 2  Make: Ford Model: F250 Year: 2015 Mileage: 16000 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 3  Make: Yamaha Model: YFZ450 Year: 2014 | $6,000.00 | $0.00 | OA | $0.00 | FA |
| 4  Household goods, etc. | $800.00 | $150.00 | | $150.00 | FA |
| 5  TVs, computer (laptop), DVD player | $200.00 | $0.00 | | $0.00 | FA |
| 6  Weight lifting equipment | $200.00 | $200.00 | | $200.00 | FA |
| 7  Shotgun | $100.00 | $100.00 | | $100.00 | FA |
| 8  Wearing apparel | $100.00 | $100.00 | | $100.00 | FA |
| 9  Ring, necklace | $400.00 | $16.00 | | $16.00 | FA |
| 10 Misc hand tools | $150.00 | $0.00 | | $0.00 | FA |
| 11 Cash -- nominal | $0.00 | $0.00 | | $0.00 | FA |
| 12 Savings and 17.1. checking GTE Financial Credit Union | $0.00 | $0.00 | | $0.00 | FA |
| 13 Savings and 17.2. checking Grow Financial | $0.00 | $0.00 | | $0.00 | FA |
| 14 Checking and 17.3. savings Suntrust Bank | $250.00 | $250.00 | | $250.00 | FA |
| 15 Berkshire Hathway, 1 share class B | $140.00 | $140.00 | | $140.00 | FA |
| 16 Lawn mower; Exmark | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| 17 2016 Tax Refund | $1,000.00 | $1,061.16 | | $0.00 | $1,061.16 |
| **TOTALS (Excluding unknown value)** | **$136,840.00** | **$4,517.16** | | **$3,456.00** | **Gross Value of Remaining Assets** $1,061.16 |

**Major Activities affecting case closing:**

04/12/2017    Filed BOS

04/04/2017    emailed debtors atty with 2016 tax calculation the estate portion is $1,061.16. The debtor portion is $688.84 uploaded 2016 tax return and calculation in case

03/30/2017    rcvd 2016 tax return

03/21/2017    Filed NOS for household goods tickled for BOS in 21 days

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 16-06909-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | WALDO, WILLIAM W. | Date Filed (f) or Converted (c): | 08/10/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 09/14/2016 |
| | | Claims Bar Date: | 12/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/06/2017 | em atty again for 2016 tax return |
| 02/20/2017 | em atty for copy of 2016 tax return |
| 11/18/2016 | rcvd DOF bank statements over. is correct |
| 10/28/2016 | em atty again for DOF bank statements |
| 10/11/2016 | Filed NOA for Ford truck and Yamaha motorcycle |
| 10/03/2016 | TA em atty regarding bb tickled |
| 09/29/2016 | Sent em to atty for VIN#'s motorcycle and truck and DOF bank statements tickled for f/u |
| 09/22/2016 | FIled app and ord to hr ts tickled for COS |
| 09/22/2016 | sent 16R intercept |
| 09/14/2016 | 16R over ex. but take out of R. don't abandon gun but abandon truck and motorcycle., he will bb. will have to do NOS after 16R. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/18/2018 | **Current Projected Date Of Final Report (TFR):** | /s/ TRACI K. STEVENSON |
| | | | TRACI K. STEVENSON |

Page No: 1

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-06909-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | WALDO, WILLIAM W. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4372 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/1/2016 | Blanket bond (per case limit): | $40,278,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2017 | | William Waldo | Buy back personal Property doc #20 dated 3/21/17 | * | $3,456.00 | | $3,456.00 |
| | {4} | | $150.00 | 1129-000 | | | $3,456.00 |
| | {6} | | $200.00 | 1129-000 | | | $3,456.00 |
| | {7} | | $100.00 | 1129-000 | | | $3,456.00 |
| | {8} | | $100.00 | 1129-000 | | | $3,456.00 |
| | {9} | | $16.00 | 1129-000 | | | $3,456.00 |
| | {14} | | $250.00 | 1129-000 | | | $3,456.00 |
| | {15} | | $140.00 | 1229-000 | | | $3,456.00 |
| | {16} | | $2,500.00 | 1129-000 | | | $3,456.00 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.15 | $3,453.85 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | | $3,456.00 | $2.15 | $3,453.85 |
| | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | **Subtotal** | | $3,456.00 | $2.15 | |
| | Less: Payments to debtors | | $0.00 | $0.00 | |
| | **Net** | | $3,456.00 | $2.15 | |

| For the period of 10/1/2016 to 3/31/2017 | | For the entire history of the account between 03/21/2017 to 3/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,456.00 | Total Compensable Receipts: | $3,456.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,456.00 | Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.15 | Total Compensable Disbursements: | $2.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.15 | Total Comp/Non Comp Disbursements: | $2.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-06909-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | WALDO, WILLIAM W. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4372 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/1/2016 | Blanket bond (per case limit): | $40,278,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,456.00 | $2.15 | $3,453.85 |

**For the period of 10/1/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,456.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/10/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,456.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON